UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK COLEMAN                                                    CIVIL ACTION

VERSUS                                                          NO. 06-2518

MARGIE WHITNEY, *et al.*                                        SECTION "B"(5)

## ORDER

IT IS ORDERED that the Court adopts in part the Report and Recommendation issued by United States Magistrate Judge Alma L. Chasez (Rec. Doc. No. 28). Defendants' Motion for Summary Judgment (Rec. Doc. No. 17) is **GRANTED.** Plaintiff's action is **DISMISSED without prejudice**. Plaintiff shall file a motion for reconsideration, if any, within ten (10) days after being served with a copy of this order. Failure to file said motion will result in a dismissal with prejudice of the captioned action without further notice.

New Orleans, Louisiana, this 13th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE